<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6124**

---

PERRY L. COLTER,

                                        Petitioner - Appellant,

        versus

OFFICE OF THE STATE'S ATTORNEY FOR BALTIMORE
CITY; ATTORNEY GENERAL FOR THE STATE OF
MARYLAND,

                                        Respondents - Appellees.

---

**No. 02-6125**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

PERRY L. COLTER,

                                        Defendant - Appellant.

---

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.
(CA-01-1327-CCB, CR-95-405-CCB, CA-99-3752)

---

Submitted:  March 11, 2002          Decided:  March 21, 2002

---

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Perry L. Colter, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Thomas Michael DiBiagio, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Perry L. Colter appeals the district court's order (1) denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001) (No. 02-6124); and (2) denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) (No. 02-6125). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny certificates of appealability and dismiss the appeals in both Nos. 02-6124 and 02-6125 on the reasoning of the district court. <u>See</u> <u>Colter v. United States</u>, Nos. CA-01-1327-CCB; CR-95-405-CCB; CA-99-3752 (D. Md. filed Dec. 28, 2001; entered Dec. 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>